ORDERED UNSEALED on 03/25/2024   s/ melindajw

 SEALED (crossed out)

 FILED Mar 14 2024 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY s/ SusanNyamanjiva DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>CARLOS HOPPER,<br><br>           Defendant. | Case No. '24 CR0500 H<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Secs. 922(a)(1)(A), 923(a) and 924(a)(1)(D) - Engaging in the Business of Dealing Firearms Without a License; Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Methamphetamine; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 924(d)(1), Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The grand jury charges:

Count 1

Engaging in the Business of Dealing Firearms Without a License

[18 U.S.C. § 922(a)(1)(A), 923(a) and 924(a)(1)(D)]

Beginning on a date unknown to the grand jury, and continuing through at least January 12, 2023, within the Southern District of California, defendant CARLOS HOPPER, not being licensed as an importer, manufacturer, and dealer of firearms, willfully engaged in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

Count 2

Distribution of Methamphetamine

[21 U.S.C. § 841(a)(1)]

On or about January 12, 2023, within the Southern District of California, defendant CARLOS HOPPER, did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately

JSST:nlv:San Diego:3/14/24

425 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the felony offense alleged in Count 2 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant CARLOS HOPPER, shall forfeit to the United States all his rights, title and interest in any and all property constituting, and derived from, any proceeds the defendant obtained, directly and indirectly, as the result of the offense, and any and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violation alleged in Count 2 of this Indictment. The property to be forfeited includes, but is not limited to: one Polymer-80 semi-automatic (Privately Made Firearm) pistol; one .308 caliber (Privately Made Firearm) rifle; 40 rounds of .308 PMC ammunition; two small capacity .308 magazines; and one black rifle bag.

3. Upon conviction of one and more of the offenses alleged in Counts 1 and 2 of this Indictment, and pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), defendant CARLOS HOPPER shall forfeit to the United States, all firearms and ammunition involved in the commission of the

1 offenses. The firearms and ammunition to be forfeited include, but are
2 not limited to the following: one Polymer-80 semi-automatic (Privately
3 Made Firearm) pistol; one .308 caliber (Privately Made Firearm) rifle;
4 40 rounds of .308 PMC ammunition; two small capacity .308 magazines; and
5 one black rifle bag, all pursuant to Title 21, United States Code,
6 Section 853, Title 18, United States Code, Section 924(d)(1), and
7 Title 28, United States Code, Section 2461(c).

8     4. If any of the above-described forfeitable property, as a
9 result of any act or omission of defendant CARLOS HOPPER:

10     a. cannot be located upon the exercise of due diligence;
11     b. has been transferred or sold to, or deposited with, a
12        third party;
13     c. has been placed beyond the jurisdiction of the Court;
14     d. has been substantially diminished in value; or
15     e. has been comingled with other property which cannot be
16        subdivided without difficulty;

17 it is the intent of the United States, pursuant to Title 21, United
18 States Code, Section 853(p), and Title 28, United States Code,
19 Section 2461(c), to seek forfeiture of any other property of the
20 defendant.
21 All pursuant to Title 21, United States Code, Section 853, Title 18,
22 United States Code, Section 924(d)(1), and Title 28, United States Code,
23 Section 2461(c).

24     DATED: March 14, 2024.

25
26 TARA K. MCGRATH
   United States Attorney
27 By: *[signature]*
   JILL S. STREJA
28    Assistant U.S. Attorney